161 So.2d 279

**Mrs. Florence K. CRAFT and Raiford Ballard et ux.**

**v.**

**NATIONAL INDEMNITY COMPANY OF OMAHA, NEBRASKA et al.**

**No. 47152.**

March 11, 1964.

Court of Appeal, Third Circuit. 159 So.2d 763, 770.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.